# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: PERKINS, WILLIAM J | § Case No. 11-02618 |
| PERKINS, JENNIFER L | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   9 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 12/16/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 10/19/2011          By: /s/ Michael G. Berland
                                         Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: PERKINS, WILLIAM J | § | Case No. 11-02618 |
| PERKINS, JENNIFER L | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 20,223.16 |
| *and approved disbursements of* | $ 38.78 |
| *leaving a balance on hand of* [1] | $ 20,184.38 |
| **Balance on hand:** | $ 20,184.38 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 20,184.38

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 2,772.32 | 0.00 | 2,772.32 |

Total to be paid for chapter 7 administration expenses: $ 2,772.32
Remaining balance: $ 17,412.06

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 17,412.06

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $           0.00
Remaining balance:  $      17,412.06

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,588.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 46.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for Target | 5,643.53 | 0.00 | 2,614.26 |
| 2 | Discover Bank, dB SERVCIING CORPORATION | 12,000.72 | 0.00 | 5,559.11 |
| 3 | Kendall County Treasurer | 3,805.54 | 0.00 | 1,762.84 |
| 4 | PNC BANK | 16,138.48 | 0.00 | 7,475.85 |

Total to be paid for timely general unsecured claims:  $      17,412.06
Remaining balance:  $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $           0.00
Remaining balance:  $           0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-02618-BWB
William J Perkins                                                       Chapter 7
Jennifer L Perkins
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: preed               Page 1 of 2               Date Rcvd: Oct 20, 2011
                              Form ID: pdf006           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2011.
db/jdb       +William J Perkins,   Jennifer L Perkins,    301 E. Fox Street,   Yorkville, IL 60560-1516
16708850     +American Express,    c/o Becket and Lee,    PO Box 3001,   Malvern, PA 19355-0701
16708851     +Capital 1 Bank,   Attn: C/O American Infosource,    PO Box 54529,   Oklahoma City, OK 73154-1529
16708854     +Donald J. Simantz,    Alschuler, Simantz & Hem, LLC.,    1961 West Downer Place,
               Aurora, IL 60506-4384
16708860     +Kendall County Treasurer,    111 Fox Street,   Yorkville, IL 60560-1621
16708862      LogoMax, Inc.,   206 Douglas Rd.,    Oswego, IL 60543
16708868     +National City Card Services,    Attn: Bankruptcy,   1 National City Parkway,
               Kalamazoo, MI 49009-8003
16708869     +Oswego Community Bank,    10 N. Madison,   Oswego, IL 60543-9472
17729402     +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
16708874     +Target National Bank - Visa,    PO Box 560284,   Dallas, TX 75356-0284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17423387      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 21 2011 03:17:22
               American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
17423534      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 21 2011 03:17:52      Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
16708853     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 21 2011 03:17:52
               Discover Financial Services, LLC.,   PO Box 3025,   Attn: Bankruptcy,
               New Albany, OH 43054-3025
16708859      E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2011 03:18:41     GE Mongram Bank / JC Penney,
               Attention:  Bankruptcy,   PO Box 103126,   Roswell, GA 30076
16708861     +E-mail/PDF: cr-bankruptcy@kohls.com Oct 21 2011 03:18:34     Kohls,   Attn:  Recovery,
               PO Box 3120,   Milwaukee, WI 53201-3120
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16708852*    +Capital 1 Bank,   Attn: C/O American Infosource,    PO Box 54529,   Oklahoma City, OK 73154-1529
16708855*    +Donald J. Simantz,    Alschuler, Simantz & Hem, LLC.,    1961 West Downer Place,
               Aurora, IL 60506-4384
16708856*    +Donald J. Simantz,    Alschuler, Simantz & Hem, LLC.,    1961 West Downer Place,
               Aurora, IL 60506-4384
16708857*    +Donald J. Simantz,    Alschuler, Simantz & Hem, LLC.,    1961 West Downer Place,
               Aurora, IL 60506-4384
16708858*    +Donald J. Simantz,    Alschuler, Simantz & Hem, LLC.,    1961 West Downer Place,
               Aurora, IL 60506-4384
16708863*     LogoMax, Inc.,   206 Douglas Rd.,    Oswego, IL 60543
16708864*     LogoMax, Inc.,   206 Douglas Rd.,    Oswego, IL 60543
16708865*     LogoMax, Inc.,   206 Douglas Rd.,    Oswego, IL 60543
16708866*     LogoMax, Inc.,   206 Douglas Rd.,    Oswego, IL 60543
16708870*    +Oswego Community Bank,    10 N. Madison,   Oswego, IL 60543-9472
16708871*    +Oswego Community Bank,    10 N. Madison,   Oswego, IL 60543-9472
16708872*    +Oswego Community Bank,    10 N. Madison,   Oswego, IL 60543-9472
16708873*    +Oswego Community Bank,    10 N. Madison,   Oswego, IL 60543-9472
16708867   ##+Mason Square, LLC.,    300 North Lake Street,   Montgomery, IL 60538-1290
                                                                                   TOTALS: 0, * 13, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: preed                Page 2 of 2              Date Rcvd: Oct 20, 2011
                              Form ID: pdf006            Total Noticed: 15

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2011**                         **Signature:**         *Joseph Speetjens*