# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PERKINS, WILLIAM J | § | Case No. 11-02618 |
| PERKINS, JENNIFER L | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MICHAEL G. BERLAND_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Oswego Community Bank 10 N. Madison Oswego, IL 60543 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Oswego Community Bank 10 N. Madison Oswego, IL 60543 | | | | | |
| | Oswego Community Bank 10 N. Madison Oswego, IL 60543 | | | | | |
| | Oswego Community Bank 10 N. Madison Oswego, IL 60543 | | | | | |
| | Oswego Community Bank 10 N. Madison Oswego, IL 60543 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kendall County Treasurer 111 Fox Street Yorkville, IL 60560 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Becket and Lee PO Box 3001 Malvern, PA 19355 | | | | | |
| | Capital 1 Bank Attn: C/O American Infosource PO Box 54529 Oklahoma City, OK 73154 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Capital 1 Bank Attn: C/O American Infosource PO Box 54529 Oklahoma City, OK 73154 |  |  |  |  |  |
|  | GE Mongram Bank / JC Penney Attention: Bankruptcy PO Box 103126 Roswell, GA 30076 |  |  |  |  |  |
|  | Kohls Attn: Recovery PO Box 3120 Milwaukee, WI 53201 |  |  |  |  |  |
|  | LogoMax, Inc. 206 Douglas Rd. Oswego, IL 60543 |  |  |  |  |  |
|  | National City Card Services Attn: Bankruptcy 1 National City Parkway Kalamazoo, MI 49009 |  |  |  |  |  |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR |  |  |  |  |  |
| 2 | DISCOVER BANK, DB SERVCIING CORPORA |  |  |  |  |  |
| 3 | KENDALL COUNTY TREASURER |  |  |  |  |  |
| 4 | PNC BANK |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case 11-02618 Doc 33 Filed 03/14/12 Entered 03/14/12 11:13:21 Desc Main
Document Page 8 of 12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-02618 | BL | Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|---|
| Case Name: | PERKINS, WILLIAM J | | | | Date Filed (f) or Converted (c): | 01/24/11 (f) |
| | PERKINS, JENNIFER L | | | | 341(a) Meeting Date: | 02/16/11 |
| For Period Ending: 03/14/12 | | | | | Claims Bar Date: | 09/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Federat tax refund-scheduled` (u) | 21,291.00 | 15,277.00 | | 18,284.00 | FA |
| The debtor had an exemption in part of teh tax refund | | | | | |
| 2. Illinois tax refund- 2010 -scheduled | 1,900.00 | 1,939.00 | | 1,939.00 | FA |
| 3. 301 E. fosx, Yorkville-scheduled | 148,500.00 | 0.00 | DA | 0.00 | FA |
| 4. Savings-Oswego Bank-scheduled | 43.00 | 0.00 | DA | 0.00 | FA |
| 5. Old Second checking-scheduled | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 6. Savings Old Second-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. Checking Old Second | 600.00 | 0.00 | DA | 0.00 | FA |
| 8. Household goods-scheduled | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 9. Compact discs-secheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 10. Wedding rings-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11. Colt 45-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 12. Oswego pension-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. Logomax | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. Illinois tax refund 2009-scheduuled | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 15. Paramedic license-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. 2002 Yukon-scheduled | 7,250.00 | 0.00 | DA | 0.00 | FA |
| 17. 2002 Ford F250-secheduled | 6,975.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.55 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $192,509.00     $17,216.00     $20,223.55     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-02618    BL    Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | PERKINS, WILLIAM J | Date Filed (f) or Converted (c): | 01/24/11 (f) |
| | PERKINS, JENNIFER L | 341(a) Meeting Date: | 02/16/11 |
| | | Claims Bar Date: | 09/14/11 |

The Trustee is adminstering a tax refund. The Trustee filed his final report and made the distribution to creditors.

Initial Projected Date of Final Report (TFR): 12/31/12          Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-02618 -BL | |
| Case Name: | PERKINS, WILLIAM J | |
| | PERKINS, JENNIFER L | |
| Taxpayer ID No: | *******7203 | |
| For Period Ending: | 03/14/12 | |

| | | |
|---|---|---|
| Trustee Name: | MICHAEL G. BERLAND | |
| Bank Name: | The Bank of New York Mellon | |
| Account Number / CD #: | *******7665 Money Market Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/01/11 | | Kuhn, Mitchell & Moss | Payment of non-exempt portions of federal and state tax refunds | | 20,223.00 | | 20,223.00 |
| | | | DEPOSIT CHECK #2842 | | | | |
| | 1 | | Memo Amount: 18,284.00 | 1224-000 | | | |
| | | | Federal tax refund less exemption | | | | |
| | 2 | | Memo Amount: 1,939.00 | 1124-000 | | | |
| | | | Illinois tax refund | | | | |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,223.16 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.78 | 20,184.38 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,184.55 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,184.71 |
| 12/12/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.06 | | 20,184.77 |
| 12/12/11 | | To Acct #*******7666 | Transfer for final distribution | 9999-000 | | 20,184.77 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 20,223.00 | COLUMN TOTALS | 20,223.55 | 20,223.55 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 20,184.77 | |
| | | Subtotal | 20,223.55 | 38.78 | |
| Memo Allocation Net: | 20,223.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 20,223.55 | 38.78 | |

Page Subtotals    20,223.55    20,223.55

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2      Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 11-02618 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | PERKINS, WILLIAM J | Bank Name: | The Bank of New York Mellon |
| | PERKINS, JENNIFER L | Account Number / CD #: | *******7666 Checking Account |
| Taxpayer ID No: | *******7203 | | |
| For Period Ending: | 03/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/12/11 | | From Acct #*******7665 | Transfer for final distribution | 9999-000 | 20,184.77 | | 20,184.77 |
| 12/20/11 | 000101 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Dividend paid 100.00% on<br>$2,738.54, Trustee Compensation; Reference: | 2100-000 | | 2,738.54 | 17,446.23 |
| 12/20/11 | 000102 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Dividend paid 46.41% on<br>$5,643.53; Claim# 1; Filed: $5,643.53; Reference: | 7100-000 | | 2,619.39 | 14,826.84 |
| 12/20/11 | 000103 | Discover Bank, dB SERVCIING CORPORATION<br>PO Box 3025<br>New Albany, OH 43054-3025 | Dividend paid 46.41% on<br>$12,000.72; Claim# 2; Filed: $12,000.72; Reference: | 7100-000 | | 5,570.02 | 9,256.82 |
| 12/20/11 | 000104 | Kendall County Treasurer<br>111 Fox Street<br>Yorkville, IL 60560 | Dividend paid 46.41% on<br>$3,805.54; Claim# 3; Filed: $3,805.54; Reference: | 7100-000 | | 1,766.30 | 7,490.52 |
| 12/20/11 | 000105 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Dividend paid 46.41% on<br>$16,138.48; Claim# 4; Filed: $16,138.48; Reference: | 7100-000 | | 7,490.52 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 20,184.77 | 20,184.77 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 20,184.77 | 0.00 | |
| | | Subtotal | | 0.00 | 20,184.77 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 20,184.77 | |

Page Subtotals     20,184.77     20,184.77

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-02618 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | PERKINS, WILLIAM J | Bank Name: | Congressional Bank |
| | PERKINS, JENNIFER L | Account Number / CD #: | *******4885  Checking Account |
| Taxpayer ID No: | *******7203 | | |
| For Period Ending: | 03/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 20,223.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Money Market Account - ********7665 | 20,223.55 | 38.78 | 0.00 |
| | | Checking Account - ********7666 | 0.00 | 20,184.77 | 0.00 |
| Total Memo Allocation Net: | 20,223.00 | Checking Account - ********4885 | 0.00 | 0.00 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 20,223.55 | 20,223.55 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00          0.00

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*